359 A.2d 889

COMMONWEALTH

v.

CRESS, Appellant.

 Submitted
April 18, 1975. Jon C. Botula, for appellant; Robert L.
Eberhardt, Assistant District Attorney, and John J. Hick-
ton, District Attorney, for Commonwealth, appellee.

Appeal quashed.